**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6328**

─────────────

GARRETT EDWARD HUNTER, III,

                                    Petitioner - Appellant,

        versus

D. L. HOBBS,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   N. Carlton Tilley, Jr., Chief District Judge.  (CA-01-580)

─────────────

Submitted:  May 16, 2002              Decided:  May 23, 2002

─────────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Garrett Edward Hunter, III, Appellant Pro Se.   Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garrett Edward Hunter, III, appeals the district court's order affirming the magistrate judge's order denying his motion for an extension of time to file objections to the magistrate judge's recommendation in his 28 U.S.C. § 2241 (1994) petition.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders.  28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2